Law Offices of Bill LaTour
Bill LaTour [C.S.B.N. 169758]
11332 Mountain View Ave., Suite C
Loma Linda, California, 92354
  Telephone: [909] 796-4560
  Facsimile: [909] 796-3402
  E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT,

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| DAVID MCLAIN, | ) No. EDCV 10-00001 JC |
| | ) |
|  Plaintiff, | ) [PROPOSED] ORDER OF |
| | ) DISMISSAL WITH PREJUDICE |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
|  Defendant. | ) |
| _____ | ) |

 Pursuant to the parties' Stipulation to Dismissal With Prejudice, IT IS ORDERED that the above-captioned proceeding is dismissed with prejudice; each side to bear their own attorney fees, costs, and expenses, including but not limited to attorney fees under the Equal Access to Justice Act.

 Date: April 27, 2010

        _____/s/_____
        JACQUELINE CHOOLJIAN
        UNITED STATES MAGISTRATE JUDGE